# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

158215

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

EARTHA LOUISE HARRIS,
   Defendant-Appellant.

SC: 158215
COA: 335831
Wayne CC: 15-003839-FC

_____/

   By order of December 21, 2018, the application for leave to appeal the June 21, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Swilley* (Docket No. 154684). On order of the Court, the case having been decided on July 17, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk

p1021